**Fill in this information to identify the case:**

Debtor 1 SCOTTY JERRELL BREAUX

Debtor 2 (Spouse, if filing) SHANITTA CHARLES BREAUX

Unites States Bankruptcy Court for the: Western District of Louisiana (State)

Case Number 21-50701

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** CARRINGTON MORTGAGE SERVICES LLC

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 8 6

**Property Address:**

133 KNOLLWOOD DR
Number Street

LAFAYETTE LA 70506
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.ndc.org or www.13Network.com.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,292.77 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,292.77 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,292.77 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 1,483.10

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Keith A. Rodriguez
Signature

Date 11/09/2026

Trustee Keith A. Rodriguez
First Name Middle Name Last Name

Address CHAPTER 13 TRUSTEE, P O BOX 3445
Number Street

LAFAYETTE LA 70502-3445
City State ZIP Code

Contact phone (337) 233-4413

Email

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**RE:** SCOTTY JERRELL BREAUX
SHANITTA CHARLES BREAUX

**CASE NO:** 21-50701

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Trustee's Notice of Disbursements Made was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 9th day of November, 2026.

Scotty & Shanitta Breaux, 133 Knollwood Dr, Lafayette, La 70506

Electronic Service: Chane Menard, P O Box 3701, Lafayette, La 70502

Carrington Mortgage Services LLC, 1600 S Douglass Rd, Anaheim, CA 92806

Graham Arceneaux & Allen, Tow Lakeway, 3850 N Causeway Blvd, Ste 1695, Metairie, La 70002

Electronic Service-United States Trustee

Date: November 9, 2026

/s/ Keith A Rodriguez
KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE
PO BOX 3445
LAFAYETTE, LA 70502-3445
(337)233-4413